Exhibit B



**Individualized Reentry Plan - Program Review  (Inmate Copy)**  SEQUENCE: 01976518
Dept. of Justice / Federal Bureau of Prisons                Team Date: 12-19-2019
Plan is for inmate: LONKEY, MILLARD J JR   21512-081

| | |
|---|---|
| Facility: | BIG  BIG SPRING FCI |
| Name: | LONKEY, MILLARD J JR |
| Register No.: | 21512-081 |
| Age: | 66 |
| Date of Birth: | 07-22-1953 |

| | |
|---|---|
| Proj. Rel. Date: | 05-23-2027 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | PREBOP TST / 10-30-2015 |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BIG | SS ORD MDW | SUNSET ORD M DAY WATCH | 10-31-2019 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BIG | ESL HAS | ENGLISH PROFICIENT | 12-21-2015 |
| BIG | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-25-2016 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BIG | | POST SECONDARY ED. COURSES | 01-03-2017 | CURRENT |
| BIG | W | 2ND SECTION BASIC COMPUTER AM | 06-05-2019 | 09-19-2019 |
| BIG | C | 1ST SECTION BASIC COMPUTER AM | 01-10-2019 | 06-05-2019 |
| BIG | C | ACE EVENTS THAT CHG HISTORYPT1 | 02-05-2018 | 04-16-2018 |
| BIG | C | RPP6 - BUSINESS ACCOUNTING | 11-14-2017 | 01-31-2018 |
| BIG | C | HVAC EPA CERTIFICATION PM | 10-20-2017 | 11-22-2017 |
| BIG | C | RPP5 COMMITMENT TO CHANGE | 10-04-2017 | 10-25-2017 |
| BIG | C | RPP4 | 10-04-2017 | 10-25-2017 |
| BIG | C | HEATING AND AIR COND TWO | 08-20-2017 | 10-20-2017 |
| BIG | C | ELECTRIC VT CLASS ONE | 05-16-2017 | 08-02-2017 |
| BIG | C | HEATING AND AIR COND ONE | 02-22-2017 | 05-16-2017 |
| BIG | C | ELECTRIC VT CLASS TWO | 11-29-2016 | 02-22-2017 |
| BIG | C | SOLDERING CERTIFICATION CLASS | 10-11-2016 | 11-29-2016 |
| BIG | C | ACE INVESTING II | 09-14-2016 | 10-26-2016 |
| BIG | C | ACE COMMITMENT TO CHANGE | 10-19-2016 | 10-19-2016 |
| BIG | C | ELECTRICAL SOLDERING ALL DAY | 06-29-2016 | 10-07-2016 |
| BIG | C | ACE INVESTING 1 | 06-29-2016 | 08-17-2016 |
| BIG | C | ELECTRIC VT CLASS ONE | 04-15-2016 | 06-29-2016 |
| BIG | C | ELECTRICAL SOLDERING ALL DAY | 01-04-2016 | 04-15-2016 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-21-2015 |
| CARE2 | STABLE, CHRONIC CARE | 12-20-2016 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 09-17-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 12-09-2015 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-09-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-09-2015 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|

*Exhibit 'B'*



**Individualized Reentry Plan - Program Review  (Inmate Copy)**   SEQUENCE: 01976518
Dept. of Justice / Federal Bureau of Prisons   Team Date: 12-19-2019
Plan is for inmate: LONKEY, MILLARD J JR   21512-081

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 09-26-2016 |
| ED NONE | DRUG EDUCATION NONE | 12-13-2015 |
| NR COMP | NRES DRUG TMT/COMPLETE | 07-23-2018 |

## FRP Details

Most Recent Payment Plan

**FRP Assignment:** COMPLT   FINANC RESP-COMPLETED   **Start:** 12-15-2016
Inmate Decision: **AGREED**   $25.00   Frequency: **QUARTERLY**
Payments past 6 months:   $0.00   Obligation Balance: $0.00

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

### Payment Details

Trust Fund Deposits - Past 6 months:  $0.00           Payments commensurate ?   N/A
New Payment Plan:   \*\* No data \*\*

### Progress since last review

Birth certificate received.

### Next Program Review Goals

Enroll in and complete Criminal Thinking by next team meeting, 6/2020.

### Long Term Goals

Enroll in and complete Workforce RPP by 5/2026.

### RRC/HC Placement

### Comments

Finance/Poverty Need Screen: YES
No assets, bankruptcy 2007, debts noted in PSR