$Exhibit$ $C$

West Texas Neurology Clinic
315 N Alleghaney Suite 302
Odessa, TX 79761
(432)332-8856
FAX (432)332-8860

**Patient:** Lonkey Jr, Millard, DOB: 07/22/1953, Age: 64 years, Male
**Acct #:** 18002, Encounter Date: 06/22/2018

21512-081
Gob Lonkey

**New Patient Encounter**
**06/22/2018**

Referral from Bureau of Prisons, Health Services

HEALTH SERVICES UNIT
FCI BIG SPRING

**Chief Complaint(s):** Leg pain

**History of Present Illness:**
This is a 64-year-old right-handed male referred for evaluation of left leg radicular symptoms.
Symptoms started about 2 years ago after a bus ride from Oklahoma. He has low back pain. It is
described as a burning sensation. Moderate in severity. Reportedly constant in duration. Pain radiates
down the left leg also in a constant manner. He states there is some left leg weakness.
Laying down makes the symptoms better. Prolonged standing makes symptoms worse. He has been put
on gabapentin 900 mg twice a day and this has been helping. Nevertheless he continues to have some
mild left leg weakness.

There is no associated urinary or fecal incontinence.

He had a CT scan of his lumbosacral spine done on May 11, 2018 at Scenic Mountain Medical Center. It
showed a left posterolateral broad-based disc protrusions at L3-L4 and L4-L5 with associated
neuroforaminal stenosis at L3-L4. There is borderline mild spinal stenosis at L2-L3 and L3-L4.

**Medical History**
Alcoholism.
COPD,emphysema.
Hypertension.

**Surgical History**
Back surgery.

**Family History**
*Father* - Alcoholism, Alzheimer's, High Blood Pressure.
*Mother* - Deceased, Alzheimer's, High Blood Pressure.

**Allergies: No known drug allergies**

**Current Medications:**
**gabapentin** 600 mg tablet  1 1/2 tablet by mouth twice a day X 30 Days, Disp. 90 Rfl #5
**hydrochlorothiazide** 25 mg tablet  Take 1 tablet by mouth once a day
**lisinopril** 20 mg tablet  Take 1 tablet by mouth once a day
**Proventil HFA** (albuterol sulfate) 90 mcg/actuation HFA aerosol inhaler  Inhale 2 puff using inhaler every
six hours
**tamsulosin** 0.4 mg capsule  Take 1 capsule by mouth once a day X 1 Days, Disp. 1 NR

**Review of Systems:**
**Constitutional Symptoms:** Denies fever, chills, fatigue.
**Eyes:** Denies vision loss, blurring, diplopia.
**Ears, nose, throat:** Denies decreased hearing, difficulty swallowing, ear discharge.
**Cardiovascular:** Complains of shortness of breath on exertion. Denies chest pain, difficulty
breathing at night.

CPT only © 2017 American Medical Association. All Rights Reserved.

West Texas Neurology Clinic
318 N Alleghaney Suite 302
Odessa, TX 79761
(432)332-8866
FAX (432)332-8860

Patient: Lonkey Jr, Millard, DOB: 07/22/1953, Age: 64 years, Male
Acct #: 16002, Encounter Date: 06/22/2018

**Pulmonary:** Complains of shortness of breath. Denies cough, non productive, dyspnea at rest, dyspnea on exertion.
**Gastrointestinal:** Denies nausea, vomiting, altered bowel habits.
**Genitourinary:** Denies Pain on urination, Urinating frequently, Urinary incontinence.
**Musculoskeletal:** Complains of back pain. Denies joint pain.
**Neurological:** Complains of numbness of the face, numbness of extremities.
**Psychiatric:** Denies depression, anxiety.
**Endocrine:** Denies heat intolerance, cold intolerance, recent weight change.

**Vitals:**
Height 71 Inches (180.34 cm) Weight 222 pounds (100.7 kg) BMI 30.95 Pulse 96 bpm Blood
Pressure 145 / 96

**Exam:**
**Constitutional:** *general appearance:* well hydrated, well nourished.
**Musculoskeletal:** *gait and station:* smooth gait and upright posture.
**Neurologic:** *orientation:* orientation - oriented to time, place and person.
*memory:* recent and remote memory intact.
*attention span:* able to stay focus during the exam.
*language:* Speech is normal; no dysarthria; no aphasia.
*fund of knowledge:* mood and affect appropriate for age.
*2nd cranial nerve:* Pupils - equal round and reactive to light; Visual field are normal to confrontational testing.
*3rd, 4th, 6th cranial nerves:* Normal extraocular movements and alignment of gaze, No ptosis noted.
*7th cranial nerve:* No facial asymmetry.
*8th cranial nerve:* hearing is normal.
*sensation:* Decrease pin - dermatomal distribution - Left L5.
*deep tendon reflexes:* Biceps, Brachioradialis, knee, and ankle reflexes are 2+ and symmetric.
**Cardiovascular:** *peripheral circulation:* no cyanosis, clubbing, edema, or varicosities.
**Additional Info** There is mild weakness and left tibialis anterior 4+/5. As well as the left medial
gastrocnemius 4+ out of 5.

**Problems**
Spondylosis with radiculopathy, lumbar region (ICD-10: M47.26), Status: Active, onset: 06/22/2018
(added)

**Medications**
**Medication Reconciliation Performed**

**Plan Note**
1. Agree with gabapentin 800 mg twice a day. May increase to 900 mg 3 times a day if symptoms
worsen.
2. Recommend another course of physical therapy.
3. Neurosurgical consultation is also recommended given patient does have mild left distal leg weakness.

**Disposition**
Return to clinic if symptoms persist

**Note Contributing Authors:**
Joseph Albert Abijay, MD; Doraima Jimenez

Printed by Maria Dinkins, MA on 06/26/2018, Page 2 of 3
CPT only © 2017 American Medical Association, All Rights Reserved.

West Texas Neurology Clinic
318 N Alleghaney Suite 302
Odessa, TX 79761
(432)332-8855
FAX (432)332-8860

**Patient:** Lonkey Jr, Millard, DOB: 07/22/1953, Age: 64 years, Male
**Acct #:** 16002, Encounter Date: 06/22/2018

**Note electronically signed by:** Joseph Albert Abijay, MD on 06/22/2018 at 06:53 PM

**CC:**
Bureau of Prisons,  Health Services, 1900 Simler Avenue, Big Spring, TX, 79720

FCI BIG SPRING
1900 SIMLER AVENUE
BIG SPRING, TEXAS 79720

*Conkey #21912-081*

06/01/2018 15:14 #726 P.003/005

Scenic Mountain Medical Center
1601 West 11th Place
Big Spring, TX 79720
432 263 1211

IMAGING REPORT

NAME: LONKEY, MILLARD J

MRN: 274159          ROOM:                    DOB: 07/22/1953
ACCOUNT#: 3725942     BED:                     AGE: 64 Y
PATIENT TYPE: RAD     ORDER DATE/TIME: 05/11/2018 09:00      SEX: M

ORDER #:          EXAM DESCRIPTION:      ADM DIAGNOSIS:
100               CTLSPWO

ACCESSION #:      37259420000100

DICTATED BY:      CASTILLO, MARIO MD, PH.D.
ORDERING PHYSICIAN:     BALLOM, TE
ATTENDING PHYSICIAN:    BALLOM, TE
PRIMARY CARE PHYSICIAN: UNKNOWN, PRIMARY

FINAL REPORT

ADDENDUM

IMPRESSION

2. Left posterolateral broad-based disc protrusions at L2-L3 and
L3-L4 (NOT L4-L5) with associated
neuroforaminal stenosis at L3-L4 as described.

END OF ADDENDUM

NONENHANCED CT LUMBAR SPINE

REASON FOR EXAM: Lumbago with radiculopathy.

Multiple contiguous axial images were obtained at 1 mm collimation,
as per protocol. Sagittal and coronal images were reconstructed from
the acquired data. This examination was performed using one or more
of the following dose reduction techniques: Automated exposure
control, adjustment of the mA and/or kV according to patient's size
and/or use of iterative reconstruction technique.

Lack of intrathecal contrast limits assessment of the discs, conus
medullaris, and nerve roots.

No previous CT examinations of the lumbar spine are available for
comparison.

Correlation is made with a CR series of the lumbar spine dated
04/19/2016 and with an MRI examination of the lumbar spine dated
08/25/2017.

Page 1 of 3

From:

#726  P.004/005

06/01/2018  15:14

From:

IMAGING REPORT

NAME: LONKEY, MILLARD J

| | | |
|---|---|---|
| MRN: | 274159 | DOB: 07/22/1953 |
| ACCOUNT#: | 3725942 | ORDER DATE/TIME: 05/11/2018 09:00 |

| | | |
|---|---|---|
| ORDER #: | EXAM DESCRIPTION: | ADM DIAGNOSIS: |
| 100 | CTLSPWO | |

For the purposes of labeling, a transitional vertebra at the
lumbosacral junction of the spine is designated as L5.

Loss of lordosis and mild dextroconvex rotary scoliosis are noted.
The vertebrae align anatomically without evidence of acute fracture
or subluxation.  L4 and L5 exhibit asymmetric bony fusion on the left
with a prominent anterolateral bridging osteophyte.  Other levels
exhibit conservation of disc height versus minimal to mild narrowing
and mild juxtaendplate osteophytic ridging.

At all examined motion segments, there is a congenitally-small spinal
canal on the basis of short pedicles.  Bilaterally, the exiting nerve
roots are grossly unremarkable and the facet joints exhibit arthrosis.

The annulus fibrosus shows mild diffuse concentric bulging at L2-L3
through L4-L5 with left posterolateral eccentricity versus
broad-based disc protrusions at L2-L3 and L3-L4, moderately narrowing
the ipsilateral neuroforamen at L3-L4.

The ligamentum flavum exhibits hypertrophy at L2-L3 and L3-L4 with an
associated reduction in the cross-sectional area of the spinal canal,
greater at L3-L4.

The neuroforamina show narrowing bilaterally at T10-T11 (mildly), on
the right at T11-T12 (mildly) and T12-L1 (mildly), bilaterally at
L3-L4 (mildly on the right and moderately on the left) and L4-L5
(mildly on the right and moderately on the left).

Mild symmetrical narrowing of the sacroiliac joint spaces arises in
association with mild irregularity of articular surfaces.

Incidental findings include:

Calcified atheromatous plaques arise predominantly in a nonaneurysmal
abdominal aorta, about the ostia of the celiac, superior mesenteric
and bilateral renal arteries and in the iliac arteries bilaterally.

Extrarenal pelves reflect a normal developmental variant.

IMPRESSION

1.  No CT evidence of acute fracture.  If clinical symptoms persist,
correlation with magnetic resonance imaging is advised.
2.  Left posterolateral broad-based disc protrusions at L3-L4 and

Page 2 of 3

IMAGING REPORT

NAME: LONKEY, MILLARD J

MRN:          274159
ACCOUNT#:     3725942        DOB: 07/22/1953
                             ORDER DATE/TIME: 05/11/2018 09:00

ORDER #:      EXAM DESCRIPTION:        ADM DIAGNOSIS:
100           CTLSPXO

L4-L5 with associated neuroforaminal stenosis at L3-L4 as described.
3.  Borderline to mild spinal canal stenosis at L2-L3 and L3-L4.
4.  Spondyloarthropathy with associated findings as noted above.

D Date / Time: 05/11/2018 10:57 AM CT
T Date / Time: 05/11/2018 11:27 AM CT
R Date / Time:
S Job #: SMMC90431718
D Job #: 6412551
MT: 570862
D: MC

Mario J Castillo, MD, Ph.D.

This document is electronically signed by:  Mario J Castillo MD,
Ph.D. on 05/11/2018 at 2:47:08 PM (CST) Verification:
90432314201805111144708

Print CC:

Fax CC:
TE CORA BALLOM, DO

D Date / Time: 05/11/2018 11:51 AM CT
T Date / Time: 05/11/2018 12:54 PM CT
R Date / Time: 05/11/2018 1:59 PM CT
S Job #: SMMC90432314
D Job #: 6412361
MT: 570862 / 30800
D: MC

Page 3 of 3

#21512-081

Name: Millard Lomkey
DOB: 7/22/1953
Age: 64
Date: 11/29/2017

Health Services Unit
FCI Big Spring

**CHIEF COMPLAINT:** Lower back pain

**HISTORY of PRESENT ILLNESS:** This is a 64 year old male with lower back pain X 2-3 years. He previously had back pain many years ago, but he had back surgery in approximately 1990 and that relieved the pain. He reports the pain stared after a long bus ride. He has pain in his lower back and it radiates down his left leg. He has numbness, tingling, and weakness in his left leg as well. He takes gabapentin with some relief of symptoms. He tried physical therapy with no improvement in pain.

ALLERGIES: NKDA

**MEDICATIONS:** Gabapentin, tamsulosin, lisinopril, HCTZ

**SOCIAL HISTORY:** Pt. is an inmate in Big Spring, Texas. Pt. denies drinking alcohol or history of drug abuse. Pt. previously smoked cigarettes, but he quit now.

**FAMILY HISTORY:** Positive for DM, cancer, and HTN.

**PAST MEDICAL HISTORY:** HTN

**SURGICAL HISTORY:** L4-L5 laminectomy in 1990, appendectomy, tonsillectomy

**REVIEW OF SYSTEMS:**
**GENERAL:** Negative
**EYES:**    Blurred vision, double vision, glasses
**ENT:**     Negative
**CV:**      Negative
**RESP:**    Cough, SOB, wheezing
**GI:**      Negative
**MUSCULO:** Low back pain, left leg pain
**NEURO:** Negative
**PSYCH:** Depression
**SKIN:**    Negative
**GU:**      Negative
**ENDOCRINE:**  Negative

**PHYSICAL EXAM: Height:  5'11            Weight:225 pounds**
**HEAD:** Head is normocephalic and atraumatic
**CV:**    Heart rate rhythm is regular. No murmurs or gallops

Richard Lemley                              DOB: 7/22/1953                         Date of Visit: 11/09/2017

**PULM:**   Lungs are clear to auscultation
**ABD:**    Soft and non-tender
**EXT:**    No clubbing, cyanosis, or edema noted

**NEUROLOGICAL:** Normal neurological examination except noted:

| Motor | Left | Right |
|---|---|---|
| Deltoids: | 5/5 | 5/5 |
| Biceps: | 5/5 | 5/5 |
| Triceps: | 5/5 | 5/5 |
| Hand-grips: | 5/5 | 5/5 |
| Wrist Extensions: | 5/5 | 5/5 |
| Wrist Flexions: | 5/5 | 5/5 |
| Iliopsoas: | 5/5 | 5/5 |
| Quadriceps: | 5/5 | 5/5 |
| Anterior Tibialis: | 5/5 | 5/5 |
| EHL: | 5/5 | 5/5 |
| Gastrocnemius: | 5/5 | 5/5 |

**RADIOGRAPHIC: MRI of the L-spine without contrast was performed at Scenic Mountain Medical Center on 8/25/2017 and demonstrates: L4-L5 central stenosis, left paracentral disc protrusion with left foraminal narrowing**

**ASSESSMENT/PLAN:** This is a 64 year-old male with lumbar pain and radiculopathy. He has failed conservative therapy. We believe that he will likely need L4-L5 laminectomy with probable fusion. We would like to send him for a CT scan of the L-spine first and have him followup after imaging. Discussed plan with patient, he agrees with plan of care.

**TOBACCO ASSESSMENT:** Smoking Status:  Previous smoker.

**Counseling on tabacco cessation:** Yes.

CLINIC NOTE

Name:  LONKEY, MILLARD J

| | | | |
|---|---|---|---|
| MRN: | 73215 | DOB: | 07/22/1953 |
| Account #: | 72253 | DOS: | 10/24/2017 |

FAMILY HISTORY:  Mother died of Alzheimer's issues and heart attack. Dad is living. He has emphysema and otherwise unknown. He had not kept up with him.

SOCIAL HISTORY:  Positive for tobacco and alcohol. He quit in July 2014. He had about a 45 plus-pack-year history. He denies drugs.

MRI of his lumbar area showed a stable left posterior lateral disk protrusion, neural foraminal stenosis at L3 and L4, stable spondyloarthropathy. Again, images were reviewed.

VITAL SIGNS:  We have him at 5 feet 11 inches and 224 pounds. Temp 97.6, pulse 87, respirations 17, blood pressure 153/92, saturating 98% on room air.

The patient does walk the yard. He denies shortness of breath unless he walks fast, and sometimes when he bends over to make his bed, he also has some shortness of breath. He is morbidly obese. He said that the pain has been going on about 3 years in the abdomen, it stays about the same. He says, he feels it more at night. There is nothing that really makes it significant, better. He said it is in the mid epigastric region below the xiphoid. It might have a small amount of diastasis in that area as well.

PHYSICAL EXAMINATION:
General:  A well-developed and well-nourished male, in no acute distress. Normocephalic and atraumatic. Alert and oriented x3. Appropriate affect. Slightly blunted.
HEENT:  Pupils are equal, round, and reactive to light. Equal ocular motions intact. No icterus. Conjunctivae pink and moist. Lids normal. Turbinates pink. Oropharynx, no significant findings.
Neck:  Supple. No lymphadenopathy. Trachea midline. No JVD. 2+ carotid pulses. No bruits.
Lungs:  Clear to auscultation bilaterally. No increased work of breathing. Symmetric rise and fall of the chest.
Heart:  S1 and S2. No specific murmurs, rubs, or gallops.
Abdomen:  Morbidly obese, minimal tenderness to midepigastric region, very firm abdomen, significant subcutaneous fat noted. Hypoactive bowel sounds. With him standing, there is no significant protrusion in the groins. With a finger placed up the inguinal canal, there is slight weakness in the inguinal floor with increased intraabdominal pressure of a cough, in the right is slightly larger than the left, but no other significant masses or lesions.
Extremities:  Strength is appropriate, upper and lower. 2+ pulses at the wrists and the ankles.
Skin:  Warm, dry, and intact. No cyanosis, clubbing, or edema.
Neurological:  No cranial nerve deficits appreciated. No other significant weaknesses noted.

ASSESSMENT:  A 64-year-old gentleman with some epigastric pain and discomfort.

PLAN:  Due to the increased stool seen on the CAT scan done on October 20, 2017, with start:
1. With a stool softener, Colace 100 mg twice a day. Do that for 2 to 3 weeks and see if there is a decrease in the issues of abdominal discomfort. He can reduce down to 1 Colace a day. I would increase his fluid to make sure he has plenty of fiber in his diet as well.
2. Start a low-dose omeprazole 20 mg once a day just to make sure that this is not a gastrointestinal issue related to the stomach. I did not see anything specific on the CAT scan to infer that, but it may help. So stool softener twice a day for 2 to 3 weeks as a trial. Also add 20 mg of omeprazole once a day.
Re-evaluate and assess in 2 to 3 weeks. The hernias in the inguinal region appeared to be asymptomatic, they are not limiting the patient's lifestyle, and it is not this area of pain or discomfort, so I would not

From:
09/01/2017 11:15   #237 P.004/006

LonKey
21512-081

HEALTH SERVICES UNIT
FCI BIG SPRING

Scenic Mountain Medical Center
1601 West 11th Place
Big Spring, TX 79720
432 263 1211

IMAGING REPORT

NAME: LONKEYJR, MILLARD J

| | | | | |
|---|---|---|---|---|
| MRN: | 274159 | ROOM: | DOB: 07/22/1953 | |
| ACCOUNT#: | 3697602 | BED: | AGE: 64 Y | |
| PATIENT TYPE: RAD | | ORDER DATE/TIME: 08/25/2017 10:18 | | SEX: M |

ORDER #:        EXAM DESCRIPTION:          ADM DIAGNOSIS:
100             MRILSPWW

ACCESSION #:      36976020000100

DICTATED BY:      CASTILLO, MARIO MD, PH.D.
ORDERING PHYSICIAN:      BALLOM, TE
ATTENDING PHYSICIAN:      BALLOM, TE
PRIMARY CARE PHYSICIAN: UNKNOWN, PRIMARY

FINAL REPORT

MRI LUMBAR SPINE WITH AND WITHOUT INTRAVENOUS ENHANCEMENT

REASON FOR EXAM: Lumbago with radiculopathy.

Multiple T1- and T2-weighted axial and sagittal images were obtained.
STIR sagittal images were also acquired.  Fat-saturated T1-weighted
axial and sagittal images were obtained after intravenous
administration of gadolinium contrast, as per protocol.

Compared to an MRI examination of the lumbar spine dated 04/07/2016.

Correlation is made with a CR series of the lumbar spine dated
04/19/2016.

The conus medullaris terminates at T12, showing no focal enlargement
or abnormal signal.  The nerve rootlets of the cauda equina layer
dependently and fan out normally without evidence of clumping or
adhesions.

There is a normal bone marrow signal for the patient's age without
evidence of marrow edema to suggest bone bruise/contusion, occult or
acute fracture.  A stable, rounded, circumscribed, subcentimeter
focus of T1 and T2 hyperintensity in the body of L5, most likely
represents an incidental hemangioma.  Vertebral body height is
preserved.

For the purposes of labeling, a transitional vertebra at the
lumbosacral junction of the spine is designated as L5.

Loss of lordosis and mild rotary scoliosis are again noted.  Stable
marked loss of disc height at L4-L5 arises in association with
Page 1 of 3

IMAGING REPORT

NAME: LONKEYJR, MILLARD J

MRN:            274159          DOB: 07/22/1953
ACCOUNT#:       3697602         ORDER DATE/TIME: 08/25/2017 10:18

ORDER #:        EXAM DESCRIPTION:          ADM DIAGNOSIS:
100             MRILSPWW

irregularity of opposing endplates and a bulky bridging anterolateral
osteophyte on the left. Other levels exhibit conservation of disc
height versus minimal to mild narrowing and mild juxtaendplate
osteophytic ridging. All discs show loss of T2 signal, greatest at
L4-L5, compatible with desiccation.

At all examined motion segments, the bilateral exiting nerve roots
are grossly unremarkable and the facet joints exhibit arthrosis.

These are salient findings at the following levels:

At T-L1 and L1-L2, there is no evidence of bulging of the annulus
fibrosus, focal disc protrusion or spinal canal stenosis.
Bilaterally, the neuroforamina remain widely patent.

At L2-L3, the annulus fibrosus shows stable mild diffuse concentric
bulging with left posterolateral eccentricity but without evidence of
discrete focal disc protrusion or spinal canal stenosis.
Bilaterally, the neuroforamina remain widely patent.

At L3-L4, the cross-sectional area of the spinal canal demonstrates a
stable mild multifactorial reduction in size: The annulus fibrosus
shows diffuse concentric bulging with left posterolateral
eccentricity and broad-based disc protrusion, moderately narrowing
the ipsilateral neuroforamen as on the prior study. The right
neuroforamen shows stable mild narrowing. There is mild hypertrophy
of the ligamentum flavum.

At L4-L5, the annulus fibrosus shows mild diffuse concentric bulging
without evidence of focal disc protrusion or spinal canal stenosis.
Bilaterally, the neuroforamina show stable mild narrowing.

At L5-S1, there is no evidence of bulging of the annulus fibrosus,
focal disc protrusion or spinal canal stenosis. Bilaterally, the
neuroforamina remain widely patent.

Incidental findings include:

The imaged urinary bladder exhibits mild trabeculation.

IMPRESSION

1. Stable left posterolateral disc protrusion, neuroforaminal
stenosis and borderline spinal canal stenosis
at L3-L4 as described.

From:

Page 2 of 3

IMAGING REPORT

NAME: LONKEYJR, MILLARD J

| | | | |
|---|---|---|---|
| MRN: | 274159 | DOB: 07/22/1953 | |
| ACCOUNT#: | 3697602 | ORDER DATE/TIME: 08/25/2017 10:18 | |

ORDER #:      EXAM DESCRIPTION:        ADM DIAGNOSIS:
100           MRILSPWW

2.  stable spondyloarthropathy with associated findings as noted
above.

Mario J Castillo, MD, Ph.D.

   This document is electronically signed by:   Mario J Castillo MD,
Ph.D. on 08/25/2017 at 2:01:26 PM (CST) Verification:
8829537320170825140126

Print CC:

Fax CC:
TE CORA BALLOM, DO

D Date / Time: 08/25/2017 12:57 PM CT
T Date / Time: 08/25/2017 01:21 PM CT
R Date / Time:
S Job #: SMMC88295373
D Job #: 51083
MT: 570862
D: MC

Page 3 of 3

SHANNON CLINIC | 120 E. Beauregard | Phone:
                  San Angelo, TX 76903 | (325) 659-1511
**Signed Final Copy**

Patient: LONKEY, MILLARD                    Patient ID: 443579                              Date: 8/2/2016

**Neurosurgery New Patient Office Visit**                                           8/2/2016

21512-08

Patient:                    **LONKEY, MILLARD** *443579*

DOB:                        7/22/1953 / M                              Health Services Unit
                                                                        FCI BIG SPRING
Referring Provider:

Primary Care
Provider:

**Chief Complaint:**                    CHRONIC BACK PAIn

**History of Present Illness:**

MILLARD is a 63 yr old, right handed patient who comes in today with complaints of CHRONIC
BACK PAIN. The pain radiates to left leg. He is having pain into the shin. The patient was on a long
bus trip and began having pain down his legs. He was given some ibuprofen. He states that he
ended up in a wheelchair because he could not walk due to the pain. The patient was on gabapentin
which he states was helping him. He was taking 900 mg twice a day. The gabapentin was
discontinued and he was placed on Cymbalta which made him ill. The patient complains of a burning
sensation. The patient rates their pain at a 5 on a 1-10 pain scale. The patient complained of neck
stiffness. The patient complained of tightness in the lower back. The patient is able to hot water. The
patient has been to 0 physical therapy sessions in the last year. The patient has had 1 epidural
steroid injections in the last year. The patient has had 0 facet blocks in the last year. The patient has
had 0 nerve blocks in the last year. The patient has had 0 SI joint injections in the last year. The
patient has had 0 genicular injections in the last year. The patient has seen a chiropractor 0 times.
The patient has not had any loss in bowel or bladder control. The patient utilizes no assistive
devices.
The patient was assesed using the Oswestry Disabiltiy Index questionaire. PAIN INTENSITY: pain
medication provides complete relief from pain. PERSONAL CARE: painful. Must be slow and
careful. LIFTING: manages to lift ligt to medium weight from a table. WALKING: no more than 0.5 a
mile. SITTING: no more than 1 hour. STANDING: no more than 30 minutes. SLEEP: pain meds
allow 6 hours. SEX LIFE: normal. SOCIAL LIFE: unrestricted. TRAVEL: pain is bad but manages 2
hour journeys. The patient is at 36% disability on the Oswestry Disability Index.
Please refer to completed SF-12 form at this office visit.

**Past Medical History:**

1. History of hypertension

**Past Surgical History:**

1. Tonsillectomy
2. Appendectomy
3. Lumbar Laminectomy right side

**Family Medical History:**

1. Father: diabetic copd
2. Mother: hypertension dementia
3. 1 Sibling(s):
4. Family history of dementia

10/24/2018 3:18PM FAX 325 481 2208 @0007/0008

6. Family history of hypertension

### Social History:

1. Former smoker
2. Chewing tobacco
3. Not using drugs
4. 3 children
5. Not exercising regularly
6. Not currently employed
7. Previous military service
8. No travel or residence in a foreign country
9. Currently wearing eyeglasses
10. Not wearing contact lenses
11. Not wearing dentures
12. Orthodontic braces were not being worn

### Medications:

Flomax (tamsulosin) 0.4 mg, 1, once a day
Hydrochlorothiazide 25 mg, 1, once a day
Lisinopril 10 mg, 1, once a day

### Allergies:

NKDA
Other, (with verbal denial of Iodine, IVP or Contrast dyes)

### Vitals:

Temp: 98.3  Height: 5 ft 11 in  Weight: 209 lb 0 oz  Blood Pressure: 130 /78  Pulse: 71

### Review of Systems:

General: No weight change. No fever. No chills. Positive for dizziness. Positive for weakness. Positive for fatigue.

Eye: No discharge. No vision loss. No change in vision. No redness. No pain. No blurred vision.

ENT: No sore throat. No rhinorrhea. No throat swelling. No nosebleeds. No hoarseness. No hearing loss.

Cardiovascular: No chest pain. Positive for lower extremity edema. legs and feet . No tachycardia. No palpitations.

Respiratory: Positive for cough. No hemoptysis. Positive for shortness of breath. No dyspnea on exertion.

Gastrointestinal: Positive for nausea. No vomiting. No diarrhea. No constipation. No melena. No dysphagia.

Genitourinary: No dysuria. No hematuria. No frequency. No dyspareunia. No flank pain.

Musculoskeletal: Positive for myalgias. Positive for arthralgias. Positive for neck pain. Positive for back pain.

Skin: No rash. No contusions. No abrasions. No lacerations.

Neurological: Denies headache. Positive for numbness. left leg . No weakness. Positive for parasthesias. left leg .

Psychological: No change in mental status. No confusion. No agitation. Not suicidal. Denies depression. Not hostile.

Metabolic: Denies polyuria. Denies polydipsia. No hair loss. Positive for heat intolerance.

Hematologic: No bleeding. Does not easily bruise.

10/24/2016 3:18PM FAX 325 481 2209 ☎0008/0008

## Physical Exam:

General: The patient is well developed. Appears approximate stated age. Is pleasant and cooperative throughout examination. Appears in no acute distress.

Respiratory: Respirations are even and unlabored. Breath sounds are clear throughout all lobes.

Cardiovascular: Heart has a regular rate and rhythm. No murmur. No audible pericardial friction rub. No gallop. No peripheral edema.

Gastrointestinal: Abdomen is soft. Abdomen nontender. Bowel sounds are present throughout all quadrants.

Genitourinary: Deferred.

Skin: No rash seen. No bruising. No skin discoloration.

Musculoskeletal: Gait is normal. Station is normal. Right Iliopsosas 5/5. Left Iliopsosas 5/5. Right Quadricep 5/5. Left Quadricep 5/5. Right Hamstring 5/5. Left Hamstring 5/5. Right Tibialis anterior 5/5. Left Tibialis anterior 4/5. Right Extensor hallucis longus 5/5. Left Extensor hallucis longus 5/5. Right Gastrocnemius 5/5. Left Gastrocnemius 5/5.

Neurologic: The patient is alert and oriented to person, place and time. L4 and S1 reflexes are 2+.

## Imaging:

CD/ROM FROM SCENIC MOUNTAIN MEDICAL CENTER:
MRI OF THE LUMBAR SPINE (4/07/16)
IMPRESSION:
1. Left posterolateral disc protrusion, neural foraminal stenosis and borderline spinal canal stenosis at the L3-4 as described.
2. Spondyloarthropathy with associated findings as noted above.

## Impression:

1. Low back pain with radiculopathy.

2. Left posterolateral disc protrusion, neural foraminal stenosis and borderline spinal canal stenosis at the L3-4 as described.

## Plan:

The patient is here today with back pain. I have reviewed the MRI images of the lumbar spine. We will place the patient on gabapentin 600 mg twice a day. We will order physical therapy 2 times a week for 3 weeks. We will prescribe Tramadol 50 mg to take 1 p.o. t.i.d. p.r.n. pain. The patient will be seen in follow up in 4 weeks. The patient was given written material with exercises to do, should physical therapy not be approved.

Documentation assistance provided by Sandra Michulka who functioned as a medical scribe and was present during the visit. History, physical examination, assessment and plan were performed personally by the doctor.

# KRISTIN RAMIREZ, CNS

Electronically Signed By: Kristin Ramirez, CNS                    8/2/2016 1:16:00 PM

| Inmate Name: | LONKEY, MILLARD J JR | | | Reg #: | 21512-081 |
| Date of Birth: | 07/22/1953 | Sex: | M   Race:  WHITE | Facility: | BIG |
| Encounter Date: | 10/23/2019 12:50 | Provider: | Sosa, Halina RN | Unit: | S01 |

Ophthalmology Offsite Appt

**Reason for Request:**

66 years  male with Hx. of vertical diplopia for one year needs to follow up with ophthalmologist as per recommendations. Please, bring MRI of brain with and without contrast ( ordered previously). Please, bring LAB: T3, Free T4, TSH  FBS for appointment.

**Provisional Diagnosis:**

vertical diplopia

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/23/2019 | Counseling | Access to Care | Sosa, Halina | Verbalizes Understanding |
| 10/23/2019 | Counseling | Plan of Care | Sosa, Halina | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes      **By:**   Ballom, Te Cora DO RMD

**Telephone or Verbal order read back and verified.**

Completed by Sosa, Halina RN on 10/23/2019 13:14

Requested to be cosigned by  Ballom, Te Cora DO RMD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Alvarez, Javier MLP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: LONKEY, MILLARD J JR | | Reg #: 21512-081 | |
| Date of Birth: 07/22/1953 | Sex: M Race: WHITE | Facility: BIG | |
| Encounter Date: 08/27/2019 10:16 | Provider: Sosa, Halina RN | Unit: S01 | |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Sosa, Halina RN

   **Chief Complaint:** Eyes/Vision Problems
   **Subjective:**   Inmate complaining of diplopia in left eye.
   **Pain:**      No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/27/2019 | 10:19 BIG | 98.4 | 36.9 | | Sosa, Halina RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/27/2019 | 10:19 BIG | 79 | | | Sosa, Halina RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/27/2019 | 10:19 BIG | 16 | Sosa, Halina RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/27/2019 | 10:19 BIG | 160/93 | | | | Sosa, Halina RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/27/2019 | 10:19 BIG | 95 | Room Air | Sosa, Halina RN |

**Exam:**
   **General**
      **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
         No: Appears Distressed
   **Skin**
      **General**
         Yes: Within Normal Limits, Dry, Skin Intact
   **Eyes**
      **General**
         Yes: PERRLA
   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits
         No: Respiratory Distress
   **Cardiovascular**

Bureau of Prisons
Health Services
Vision Screen

Reg #:                                    Inmate Name:

Vision Screen on
Blindness:

Distance Vision:   OD:                    OS:                    OU:

Near Vision:       OD:                    OS:                    OU:

With Corrective:

Distance Vision:   OD:                    OS:                    OU:

Near Vision:       OD:                    OS:                    OU:

Present Glasses - Distance

| | Sphere | Cylinder | Axis | Add. | | Refraction - Distance | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Sphere | Cylinder | Axis | Add |
| R: | | | | | R: | -4.75 | -4.00 | 89 | 2.0 |
| L: | | | | | L: | -3.00 | -3.00 | 166 | 2.0 |

Color Test:

Tonometry:   R:              L:              Recent B2Q by M. H Shah

Comments:
Orig Entered:

A: Dx z II + IV Diabetes
    by M H Shah

P: R: advised some adaptation
       will be required

LONKEY, MILLARD
21512-081
DOB: 07-22-1953

*Marshall*
J. Marshall, OD
Contract Optometrist

Patient: LONKEY Case #21512-01-00368-01 Document 27 F3 Filed 03/09/20 Page 20 of 24 SHAD G. SHAH

Account: 23596    Birthdate: 07/22/1953 M Age: 66       6214 Andrews Highway           Phone   (432) 686-2020
Primary Doctor:                                         Suite 105                       Fax     4325709040
Referring Doctor:                                       Midland, TX 79703                               Page 2
Exam      10/23/19

#21512-081

Health Services Unit
FCI Big Spring

## Appointments

10/23/19 NP       8:30a   HGS

## Problem List

| | | | |
|---|---|---|---|
| 10/23/19 | H18.41 | Arcus senilis, bilateral | HGS |
| 10/23/19 | H02.40 | Unspecified Ptosis Of Left Eyelid | HGS |
| 10/23/19 | H49.23 | Sixth [abducent] nerve palsy, bilateral | HGS |
| 10/23/19 | H49.03 | Third [oculomotor] nerve palsy, bilateral | HGS |
| 10/23/19 | H53.2 | Diplopia | HGS |

## Chief Complaint

Millard Lonkey Jr, 66 year old male, is a new patient who presents for dilated examination. double vision left eye, since June 2018, and gradually came on, it first started last year off & on, and now has occasional headaches when not wearing glasses. States image is lower to right, and left eye is turning up and out.

## HPI

| | |
|---|---|
| Location | Left Eye |
| Quality | double vision. |
| Severity | worse |
| Timing | The symptoms began June 2019 |

## Ocular History

| | | |
|---|---|---|
| 2019/10/23 | Illness | No Known Ocular Illness |
| 2019/10/23 | Trauma | No Known Ocular Trauma |
| 2019/10/23 | Procedure | No Known Ocular Procedures |

## Medical History

| | | |
|---|---|---|
| 2019/10/23 | Trauma | No known trauma |
| 2019/06 | Illness | Cardiovascular |
| 2016 | | Emphysema/COPD |
| 2014 | | HTN |
| | Procedure | Appendectomy |
| | | Back Sx |
| | | Tonsillectomy |
| | Family | |
| | Social | Denies drinking |

## Smoking Status

Smoke       Never smoker. / 266919005

## Systemic Medications

lisinopril
amlodipine
tamsulosin
gabapentin
hctz
mometasone
aspirin 325 mg tablet,delayed
release (DR/EC) (aspirin)

## Review of Systems

| | |
|---|---|
| Constitutional | Unremarkable |
| Eyes | See ocular exam. |
| ENMT | Unremarkable |
| Cardiovascular | pleurisy |
| Respiratory | Unremarkable |
| Gastrointestinal | Unremarkable |

| | |
|---|---|
| Genitourinary | Unremarkable |
| Integumentary. | Unremarkable |
| Musculoskeletal | Unremarkable |
| Neurological | Unremarkable |
| Hematologic | Unremarkable |
| Immunologic | Unremarkable |
| Endocrine | Unremarkable |
| Psychiatric | Unremarkable |

## Mood/Orientation

Mood/Oriented    Mood normal, Alert and Oriented x3 (426224004)

## Visual Acuity

10/23/19  DS    - VA

| Eye scDva | scNva | ccDva | ccNva | phDva | Glare | PAM |
|---|---|---|---|---|---|---|
| OD | | 20/30 | | | | |
| OS | | 20/25 | | | | |

## Refractions

Auto Refraction 10/23/19 CO

| Eye Rx | Add Prism Base Prism Base | Dva | Nva |
|---|---|---|---|
| OD +1.00-1.00x090 | | | |
| OS -0.50-0.50x177 | | | |
| OU | | | |

Manifest      10/23/19  DS

| Eye Rx | Add | Prism Base Prism Base | Dva | Nva |
|---|---|---|---|---|
| OD +1.00-1.00x090 | +2.25 | | 20/20 | |
| OS -0.50-0.75x180 | +2.25 | | 20/25 | |
| OU | | | | |

Final Rx      10/23/19  DS

| Eye Rx | Add | Prism Base Prism Base | Dva | Nva |
|---|---|---|---|---|
| OD +1.00-1.00x090 | +2.25 | | 20/20 | |
| OS -0.50-0.75x180 | +2.25 | | 20/25 | |
| OU | | | | |

## Keratometry

| 10/23/19 CO | OD | OS |
|---|---|---|
| | 43.00@093 | 42.75@087 |
| | 44.00@003 | 43.75@177 |
| | 1.00@003 | 1.00@177 |

## External Exam

| | OD | OS |
|---|---|---|
| Pupils | PERRL (-) APD | PERRL (-) APD |
| Motility | can not move right eye up | Extraocular Movements Intact, Normal Gaze Alignment. |
| Muscle Balance | Ortho by ACT | Ortho by ACT |
| Confrontation Fields | Normal Confrontational Field | Normal Confrontational Field |
| External Lids | normal lid position without obvious lesions | ptosis |
| Orbit / Adnexa | no proptosis or visible mass | no proptosis or visible mass |

| IOP | OD | OS | Method | Staff | Comments |
|---|---|---|---|---|---|
| 10/23/19  12:26P | 7 | 7 | Goldmann | DS | |

Prntd: LH    10/28/19 1:21 PM

Account 13553   Birthdate 07/22/1953 M Age 66    4214 Andrews Highway    Phone   (432) 686-2028
Primary Doctor    Suite 105    Fax   4325786838
Referring Doctor    Midland, TX 79703       Page 2
Exam   10/23/19

## C/D Ratio

| Date | OD Vertical | OD Horizontal | OS Vertical | OS Horizontal | Staff | Comments |
|------|------|------|------|------|------|------|
| 10/23/19 | 0.2 | 0.2 | 0.3 | 0.3 | DS | |

**SHAH at The Eye Institute Midland.**

## Drops Administered

Paremyd   8:30am
1.0%/0.25%

## Superbill

| | | | | |
|---|---|---|---|---|
| 99204 | E/M New Patient Comprehensive Exam | | | HGS |
| H53.2 | Diplopia | | | HGS |
| H49.03 | Paralytic Strabismus, Third Or Oculomotor Nerve Palsy, Partial | | | HGS |
| H49.23 | Paralytic Strabismus, Sixth Or Abducens Nerve Palsy | | | HGS |
| H02.402 | Unspecified Ptosis Of Eyelid | OS | | HGS |
| H18.413 | Senile Corneal Changes | | | HGS |
| 92015 | Refraction | | | HGS |

## Slit Lamp Exam

| | OD | OS |
|---|---|---|
| Lids / Lashes | retraction | Lid Margins Clear, Lashes Without Collarettes or Scurf |
| Tear film | normal tearfilm | normal tearfilm |
| Conjunctiva | Normal Bulbar and Palpebral. | Normal Bulbar and Palpebral. |
| Cornea | Arcus Seniles | Arcus Seniles |
| Anterior Chamber | Deep and quiet. No cell or flare. | Deep and quiet. No cell or flare. |
| Iris | no MG pupil | no MG pupil |
| Lens | 1+ Nuclear Sclerosis. | 1+ Nuclear Sclerosis. |
| Angles | angles appear open | angles appear open |

## Signature

HARSHAD G. SHAH, MD
10-28-2019 13:21:41

## Fundus

| | OD | OS |
|---|---|---|
| Dilation | Dilated retinal examination was performed. Good dilation. | Dilated retinal examination was performed. Good dilation. |
| View | Good View | Good View |
| Optic Discs | Normal appearing optic nerve with healthy pink rim and normal appearing nerve fiber layer. | Normal appearing optic nerve with healthy pink rim and normal appearing nerve fiber layer. |
| Cup to Disc | C/D: 0.20. | C/D: 0.30. |
| Macula | Normal Color and Contour for Age | Normal Color and Contour for Age |
| Vessels | vessels are of normal caliber without arterio-venous nicking or significant tortuosity | vessels are of normal caliber without arterio-venous nicking or significant tortuosity |
| Periphery | Attached 360 Degrees, No Holes or Tears. | Attached 360 Degrees, No. Holes or Tears. |
| Vitreous | Vitreous Normal and Clear for Age, No PVD. | Vitreous Normal and Clear for Age, No PVD. |

## Plan

10/23/19   HGS

- **1. Diplopia**
  2. **Third Nerve Palsy, Incomplete, OU** – the patient has signs and symptoms consistent with bilateral incomplete third nerve palsies. The condition and possible etiologies were discussed with the patient.
  3. **Sixth Nerve Palsy OU** – the patient has signs and symptoms consistent with bilateral sixth nerve palsies. The condition and possible etiologies were discussed with the patient.
  4. **Ptosis OS**
    T3 free T4 TSH, MRI with and without contrast.
  5. Return for an appointment in 2 months with Dr. HARSHAD

## Bureau of Prisons
## Health Services
## Vision Screens

| Reg #: | Inmate Name: | |

**Vision Screen on**

Blindness:

| Distance Vision: | OD: /30 | OS: /30 | OU: |
| Near Vision: | OD: | OS: | OU: |

**With Corrective**

| Distance Vision: | OD: | OS: | OU: |
| Near Vision: | OD: | OS: | OU: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
| R: | | | | |
| L: | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
| R: | | | | |
| L: | | | | |

Color Test:

Tonometry:   R: 11   L: 11

Comments:
Orig Entered:     c/o - 25
                        3

Reports BP not well controlled

Dipl 3 mon slow onset

CT: XT OS c̄ hypertropia

Pupil: equal, round
          Rt direct _ APD
conf Fields: Full.

A:  XT OS c̄ hyper deviation +          macula: cl
    resulting visual confusion.   Retina: Flat 360° OU

P:  F/U - complete work up c̄
    imaging to R/O itrascular
          Problem

LONKEY, MILLARD
21512-081
DOB: 07*22-1953

*Marshall, OD*

J. Marshall, OD
Contract Optometrist

# 2/512-081

Hendrick Health System
ABILENE, TEXAS
Department of Radiology & Nuclear Medicine

LONREY JR, MILLARD
Account Number:50716158                        MRN: 1482813
DOB: 07/22/1953                                Completed on: 10/31/2019 09:06
MRORWW MRI ORBITS, FACE, AND/OR NECK WITHOUT AND WITH CONTRAST
Attending MD: MARSHALL, JOHN                   Status: Finalized
Requesting MD:  ,                              Patient Loc:
ACC #: 5178341
Copy To:
Technologist:
DX:

___

MRI ORBITS WITH AND WITHOUT CONTRAST

HISTORY:  Diplopia.

FINDINGS: Diffusion-weighted images obtained demonstrate no evidence of acute
infarct.

Bilateral globes demonstrate normal shape, size and contour.  The bilateral
optic nerves demonstrate normal signal.  No abnormal enhancement is seen of
the bilateral optic nerves.  Optic chiasm and optic tracts appear normal.  The
extraocular muscles appear normal.  Bilateral lacrimal glands appear normal.

Several focal and patchy areas of chronic small vessel ischemic changes are
seen involving the supratentorial white matter. The brainstem and cerebellum
appears normal.  The sella, suprasellar and parasellar areas appear normal.
The craniovertebral junction appears normal.  Calvarium appears normal.
Normal signal flow voids are seen to involve the vessels of the skull base.
Retention cysts are seen involving the bilateral maxillary sinuses.
Bilateral mastoid air cell disease is present.  Postcontrast images through
the brain demonstrate no abnormal enhancement.

IMPRESSION

    1. No evidence of acute infarct.
    2. Normal MRI orbits with and without contrast.
    3. Chronic small vessel ischemic changes involving the supratentorial brain.
    4. Sinus disease.
    5. Bilateral mastoid air cell disease, right greater than left.


                  *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/31/2019 3:17 PM:  ASHISH PATEL, MD
Interpreted by: ASHISH PATEL, MD

**Bureau of Prisons**
**Health Services**
**Consultation Request**

Health Services Unit
FCI Big Spring

| | | |
|---|---|---|
| Inmate Name: LONKEY, MILLARD J JR | Reg #: 21512-081 | Complex: BIG |
| Date of Birth: 07/22/1953 | Sex: M | |

Report of Consultation: Ophthalmology          Subtype: Ophthalmology Offsite Appt

Inmate Name: LONKEY, MILLARD J JR
Date of Birth: 07/22/1953                              Reg #:    21512-081
Institution:    BIG SPRING FCI                              Sex:      M
                1900 SIMLER AVE
                BIG SPRING,Texas 79720
                432-466-2300

Assessment: Pt. evaluated for vertical diplopia for 1 YR
intermittant

VA c/c OD 20/30  05 20/25
Ext. exam - O.s. ptosis    VI N. Palsy o.u.
Partial III N. palsy o.u,
Can was elevate O.S.  Pupil nl.
SLE - Early N-S, Cat. o.u.
Retina nl. o.u.

Plan: Thyroid Fn. test  T3 Free T4, TSH, FBS
       MRI w/and w/o contrast ✓

       Rev 2MO.
       Rx for New glasses

Signature        _____  10-23-19
Date

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.