Millard J. Lonkey
FCI 1900 Simler RD
Big Spring, TX 79720

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

APR 27 2020

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

In the United States District Court
District of Utah Central Division

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>vs.<br><br>Millard J. Lonkey<br>Defendant | Case 2:15 cr 368<br><br>Demand for Findings of Fact and Conclusion of Law in Re: Original Motion for Reduction of Sentence<br><br>Judge David Nuffer |

Defendant requires an explanation of law and fact why his Original Motion was denied without hearing or a chance to rebut Plaintiff's objection.

Millard J. Lonkey
Dated 4-20-20